FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOEL A. SANTANTA; JOSE G. SANTANA; ANA M. SANTANA; JOSE B. SANTANA; MONICA SANTANA; CARLOS D. SANTANA; VICTOR E. SANTANA; and KCS, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SUNNYSIDE, a Washington municipal corporation; SUNNYSIDE POLICE DEPARTMENT; AL ESCALERA, Sunnyside Chief of Police; C. SPARKS, E. ROLLINGER, S. LEMMON, S. BAILEY, O. HERNANDEZ, and T. ORTH, Sunnyside Law Officers, in their representative capacity for Defendants City of Sunnyside and Sunnyside Police Department and individually and on behalf of their marital communities; and JOHN DOES NOS. 1-30,<br><br>Defendants. | NO: 1:17-CV-3133-RMP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

Before the Court is Defendants' Motion to Dismiss, ECF No. 19. The Court has reviewed the pleadings and is fully advised in the matter. Defendants allege

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ~ 1

that Plaintiffs filed their complaint after the statute of limitations had expired and, therefore, dismissal pursuant to Fed. R. Civ. P. 12(b)(6) is appropriate. ECF No. 19 at 2.

Defendants note that Plaintiffs' complaint was filed on August 4, 2017, but the only dates Plaintiffs assert for Defendants' alleged wrongdoing occurred in early August 2013. *Id.* Even though Plaintiffs allege that the wrongdoing continued for several years, the only specific acts referred to in the complaint occurred in 2013. *Id.* Defendants correctly argue that the relevant statute of limitations in the State of Washington is three years for this type of alleged misconduct. *Bagley v CMC Real Estate Corp.,* 923 F.2d 758, 760 (9th Cir. 1991) (citing RCW 4.16.080(2)).

Pursuant to LR 7.1(b)(2)(B), Plaintiffs had 21 days to respond to Defendants' Motion to Dismiss. Plaintiffs failed to respond within 21 days. Defendants argue that "failure to comply with the requirements of LR 7.1(a) or (b) may be deemed consent to the entry of an Order adverse to the party who violates these rules." LR 7.1(d); ECF No. 20 at 2. Without any submissions from Plaintiffs refuting Defendants' contentions and arguments, the Court finds that Plaintiffs have failed to state a claim on which relief can be granted, because the relevant statute of limitations had expired prior to the filing of their complaint. Therefore, the Court dismisses the complaint without prejudice.

.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, **ECF No. 19**, is **GRANTED**.

2. All claims and causes of action alleged by Plaintiffs against Defendants are **DISMISSED without PREJUDICE** and without costs to either party.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 16, 2018.

                                      *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                   United States District Judge